```
                    IN THE UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF ARKANSAS
                              CENTRAL DIVISION

   STATE OF ARKANSAS,
                                              No. 4:24CV00720-LPR
             Plaintiff,

   v.

                                              September 6, 2024
   NEWRAYS ONE, LLC,                          Little Rock, Arkansas

             Defendant.


            PARTIAL REPORT OF PROCEEDINGS - COURT'S RULING
              BEFORE THE HONORABLE LEE P. RUDOFSKY,
                  UNITED STATES DISTRICT JUDGE,


   APPEARANCES:

   On Behalf of the Plaintiff:

          MS. CHRISTINE ANN CRYER, Assistant Attorney General
          MR. RYAN HALE, Assistant Attorney General
             ARKANSAS ATTORNEY GENERAL'S OFFICE
             323 Center Street, Suite 200
             Little Rock, Arkansas 72201-2610


   On Behalf of the Defendant:

          MR. ALEXANDER TAYLOR JONES, Attorney At Law
             KUTAK ROCK, LLP
             124 West Capitol Avenue, Suite 2000
             Little Rock, AR  72201

          MR. MARK H. ALLISON, Attorney At Law
          MR. STEPHEN RICHMOND GILES, Attorney At Law
             WRIGHT, LINDSEY & JENNINGS
             200 West Capitol Avenue, Suite 2300
             Little Rock, AR  72201


       Proceedings reported by machine stenography.  Transcript
   prepared utilizing computer-aided transcription.
```

Lorie Kennedy, RMR, CRR, CRC, United States Court Reporter
lorie_kennedy@ared.uscourts.gov (501)604-5165

```
1                           * * * * *
2          (Partial transcript - Court's Ruling as follows:)
3              THE COURT:  Thank you all for your patience and
4    forbearance.  I am going to remand this case.  I am going to
5    explain why, but I'm going to do it now so everybody knows
6    what's going on.
7          I think I understand that my order is not appealable, but
8    whether that's true or not, I think it's better for you all to
9    get a decision now than it is for me to go back and spend a
10   whole lot of time writing on this.
11         Couple of things:  First thing is, and I know I said it
12   before, but thank you all for your briefing.  It was a really,
13   really high quality set of briefs and it was very helpful to me.
14   This is not a particularly easy issue, and so it was very useful
15   to send me to certain places to understand things, and so I
16   appreciate that.
17         I also think the quality of the argument was excellent, and
18   I also think many of you have been in front of me enough to know
19   that I don't always say that.  I don't say it if I don't mean
20   it, and I mean it here, and so I appreciate both of the oral
21   advocates.
22         Moving on to the reasons that I'm going to remand this.  I
23   do not think that this is a civil action, and so I do not think
24   it comes under 1441 Removal of Civil Actions under Diversity
25   Jurisdiction.  I do think it's criminal, and I don't think there
```

1    is any basis that I have been given to remove a criminal action.
2         In terms of why I think it's criminal, I'm not going to go
3    very, very deep in the weeds, but I am going to say that it is
4    very clear to me from the ordinance itself, particularly the
5    Penalty section, Article 6, that the language used in here is
6    language of a criminal offense, both the words guilty -- well, I
7    shouldn't say both, all of the words guilty, the words
8    misdemeanor, the words conviction, the words violation, the
9    words offense, the word fine, especially when juxtaposed to the
10   latter half of Section 2, which talks about injunctions to abate
11   the nuisance, legal and equitable remedies, and civil damages.
12        I think there is a very clear dividing line between 6(1)
13   and the first half of 6(2) as opposed to the second half of
14   6(2), and I do not think the second half of 6(2), which starts
15   additionally, is supposed to be relative to or be part of the
16   first half of Article 6, Subsection (2).  I think they're
17   talking about two different things.  The first part is, in my
18   view, clearly talking about a criminal action.  The second part
19   is distinguished from that and talking about civil actions, and
20   I think we are within the first part, so Subsection (1) and the
21   first part of Subsection (2).
22        I also think that in addition to Faulkner County wanting to
23   make this a criminal offense and a criminal act or criminal
24   statute, they actually did do that, and for that, I really do
25   rely a significant amount on Dortch v. State.  There is more of

1    it than this, but the portion that says, "Pursuant to the
2    Arkansas Criminal Code, a violation is a criminal offense."
3    That feels to me pretty clear that at least as far as the
4    highest court in Arkansas is concerned, language like this,
5    given that it's at least a violation, I don't think it's a
6    misdemeanor.  I think it's a violation under the statutes, is
7    equivalent to a criminal offense or is brought under criminal
8    offenses and this is a criminal action, the way it is trying to
9    enforce this ordinance.
10          Now, I understand Mr. Jones' point about Hudson.  I think
11   Mr. Hale has a good argument that Hudson really is supposed to
12   be a one-way ratchet, but I don't have to get all the way there,
13   and I'm not going to get all the way there.  Even if Hudson was
14   to apply, I think a combination of things suggests that the
15   Defendants still have not shown that this is a civil action, and
16   my point there is as follows:
17          I think Hudson sets up things in two steps.  The first step
18   is essentially very deferential to what -- in Hudson, the
19   legislature.  Here, I believe the right entity to look at is the
20   county, the Quorum court.  The first step is very deferential in
21   figuring out what the State actually wants this action to be.  I
22   think the State wants this action to be in terms of the
23   ordinance they were creating a criminal action.
24          Then even if I was to apply Hudson, the question becomes
25   whether on the second prong, which has the seven or several

```
 1  factors, whether it is so clear that despite what the state law
 2  wanted to do and was doing and was calling itself, it's just so
 3  clear that the nature of this is civil that I'm going to
 4  essentially override the choice of the ordinance and the choice
 5  of ultimately Arkansas.
 6       I understand this is the ordinance, but here it's being
 7  enforced by the State of Arkansas through the deputy prosecutor
 8  or prosecuting attorney in the county.  To override that choice
 9  and to say, no, no, this really is in the nature of a civil
10  action, I'm not going to say I could never do it and there
11  wouldn't be a set of circumstances where that would be
12  appropriate.  I'll call it sort of reverse-Hudsonizing things,
13  but I don't think it is here.
14       I am not going to go through all of the seven factors.  I
15  acknowledge that Mr. Jones', at least in my view, strongest
16  argument is that there's no potential prison sentence here and
17  this is a fine only.  In cases like that, maybe we should think
18  of the fine as a civil penalty, and so since we're just talking
19  about sort of money, it's in some sense automatically or likely
20  or not criminal.  But I don't think given that this is a fine,
21  given that I think a fine is an acceptable way under Arkansas
22  law to punish people for a crime, I don't think we get there on
23  the factors.  I think at most the factors are either a wash or
24  they lean slightly in favor of the Defendant, but even if they
25  lean slightly in favor of the Defendant, under Hudson, that does
```

1  not overcome the first prong.
2      Moreover, I think the second prong of Hudson to overcome
3  the first prong not only has to sort of deal with the Hudson
4  principle of showing clearly that the first prong is an
5  inaccurate label but it also has to deal with the more
6  generalized principle that any doubt should be resolved in favor
7  of remand to the state, and I think when you put those together,
8  that is an incredibly huge burden for Defendants to overcome,
9  and I do not think Defendants have overcome it.
10     Now, I will add, and at the risk of potentially talking
11 about advisory opinion type things that maybe I shouldn't, it
12 strikes me that Defendants have an incredibly good argument that
13 this ordinance, at least the criminal penalty part of it or the
14 criminal action part of it, is either unconstitutional or
15 unlawful or in violation of the statutes of the State of
16 Arkansas, I think that is an incredibly strong argument.
17     Obviously, you know, maybe the State has some pushback that
18 I don't understand or that they may have that they haven't
19 presented it here because they don't need to, and that's fine.
20 But I think it's important for me to note that that argument of
21 Defendants is strong.  I acknowledge it is part of the Hudson
22 analysis, but I think the more appropriate explanation here or
23 way to deal with that is this is a criminal statute and criminal
24 action.  It just may be that they have a very good defense to
25 the criminal action and they may go back down in front of the

1  district court, or if the district court rules against them, I
2  don't know the system well enough to explain where the appeal
3  goes from there, but they may have a very good argument that
4  this portion of the statute can't be legally enforced.  I don't
5  think that automatically turns this into a civil case or, even
6  considering everything else, turns this into a civil case.  I
7  think what it may mean is the criminal statute may have defects.
8  But, again, that doesn't mean it's not a criminal action.
9       That's really where I am, and I think the easiest way to
10 summarize this is while I think Hudson has some value here, I
11 don't think it's the exact value that it has when we're talking
12 about going the other way.  So it may not be a total one-way
13 ratchet, but Hudson is less sort of controlling and persuasive
14 here.  While I sort of have thought about it as a way to
15 structure this, I don't think it applies one to one, and on the
16 other hand, I do think Dortch is very, very clear and makes it
17 almost impossible for me to say that the ordinance here both
18 wasn't structured to be -- this portion of it, structured to be
19 enforced as a criminal action and that that is -- not only was
20 that the attempt, but that's actually what they did under
21 Arkansas state law.
22      The one other thing I'd like to add is that looking at the
23 documents in terms of the probable cause affidavit, in terms of
24 the information, these all appear to me to be criminal-type
25 documents.  I'm not suggesting, again, that I'm an expert in

```
 1   Arkansas state procedure.  And I'm not suggesting that I'm an
 2   expert in how somebody would start a civil case.  But the way at
 3   least I understand things is starting a civil case would not be
 4   an information or a probable cause warrant; that adds into the
 5   factors that suggest this is not a civil action.  It's a
 6   criminal action.
 7        If that were to change and if there were to be some sort of
 8   complaint or if there were to be some sort of other document
 9   that started to make this feel clearly civil, and I don't
10   mean -- this is not an invitation for the Defendants just to
11   ping pong this back and forth, but if you really do have a
12   good-faith basis that there is some new document that changes
13   what I viewed as important here and makes it a civil action, you
14   know, the removal statutes always provide that you can remove it
15   at that point.  And I'll look at it again.  Again, I would not
16   suggest doing that unless you had an incredibly good-faith basis
17   to do it because I will not look happily upon something that's
18   done without a good-faith basis.  But we all know that if a case
19   that starts out not being removed changes into a case that can
20   be removed, the removal statutes allow you to deal with that.
21   And I don't see why they wouldn't in this case.
22        So having said all that, I am going to grant the motion to
23   remand, and I am going to order this case be remanded to the
24   state court immediately.  I should say that I'm going to direct
25   the clerk to issue a certified copy of the order of remand and
```

```
 1   to mail it to the clerk of the appropriate state court.
 2          This is going to serve as my written order, so I am going
 3   to ask the court reporter to finalize the portion of the
 4   transcript that has this order in it.  She will provide it to
 5   me.  Once I look at it to make sure it is accurate, I will file
 6   it as of record in the docket, so it will serve as my written
 7   order.
 8          Now, that is not saying that she's going to finalize the
 9   entire transcript.  The rest of the transcript is sort of your
10   business in the same way it would be in any case.  If you want
11   it, you order it.  If you don't want it, you don't order it.
12   But in terms of the actual ruling, that will be finalized, given
13   to me, and eventually available on the docket.
14          I think that is it.  I guess let me ask the following.
15   This is not a time for reargument or anything like that, but if
16   there is anything you feel like you need to say for the record,
17   I am happy to listen to it.  I guess one thing would be if there
18   is something confusing or something you want more clarification
19   on.
20             MR. HALE:  No, Your Honor.
21             MR. JONES:  I guess it would make sense to get a
22   ruling on the petitions.  I guess they would be denied, but I
23   don't know they should go back.
24             THE COURT:  I don't think I can rule on them.  I don't
25   have jurisdiction on them now.
```

1        MR. JONES:  Okay.
2        THE COURT:  Right?  I mean, technically, I think they
3   would end up being moot, but I think the rule is, if I say I
4   don't have jurisdiction, I don't have jurisdiction to act on
5   them at all at this point.  I mean, do you think that's wrong?
6        MR. JONES:  I understand.  I guess it would require --
7   my request is for a finding that it would be mooted, I think,
8   unless you don't think you can do that, and that's okay.
9        THE COURT:  I don't think I can do that.  I think I
10  can tell you that I strongly believe they would be mooted, but I
11  don't know that at this point I have jurisdiction to do anything
12  else.
13       MR. JONES:  Thank you, Your Honor.
14       THE COURT:  Anything else, Mr. Jones?
15       MR. JONES:  No, Your Honor.
16       THE COURT:  Okay.  We're adjourned.
17     (Proceedings adjourned at 5:26 p.m.)
18
19
20                     REPORTER'S CERTIFICATE
21     I certify that the foregoing is a correct transcript from
    the record of proceedings in the above-entitled matter.
22
23  /s/Lorie E. Kennedy, RMR, CRR, CRC   Date: 8th of September, 2024
24  United States Court Reporter
25